**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EDUARDO CABRERA SERRANO,**

   **Petitioner,**

**v.**            **Case No.  4:17cv323-MW/CAS**

**JEFF SESSIONS,**

   **Respondent.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections

to the report and recommendation, ECF No. 5.   Accordingly,

 **IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Petitioner's

objections, as this Court's opinion.    This case is **TRANSFERRED** to the United

States District Court for the Middle District of Florida, Jacksonville Division, for all

further proceedings. The Clerk must take all steps necessary to effect the transfer

and close the file.

 **SO ORDERED on August 7, 2017.**

        <u>s/Mark E. Walker            </u>
        **United States District Judge**